## DOLLY A. FIELD v. LAFAYETTE CLUB AND ANOTHER.[1]

May 5, 1939.

No. 32,010.

*Fred B. Snyder* and *Bergmann Richards*, for appellants.
*Kyle & Kyle* and *R. Paul Sharood*, for respondent.

PER CURIAM.

One member of the court being incapacitated by illness and the remaining members of the court being equally divided on the question presented by this appeal, the order appealed from is affirmed without opinion.

Mr. Justice Hilton, incapacitated by illness, took no part.

[1]Reported in 285 N. W. 615.
[2]Reported in 287 N. W. 7.